IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____

05 APR -4  AM 11: 3

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

JIMMIE LEE COX, JR.,

    Plaintiff,

v.                              No. 04-2004 B

CAMBRIDGE AIR SYSTEMS, INC.,

    Defendant.

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED

On March 24, 2005, Magistrate Judge S. Thomas Anderson entered a report and recommendation in which he stated that the Plaintiff, Jimmie Lee Cox, Jr., had failed to attend a hearing before the magistrate judge on February 24, 2005. Based on the Plaintiff's failure to appear, Judge Anderson entered an order on February 25, 2005 directing Cox to show cause why sanctions should not be imposed. Although the Court forwarded a copy of the show cause order to the Plaintiff's listed address by certified mail, Cox completely failed to respond. Accordingly, the magistrate judge recommended that the Court "should consider the imposition of sanctions, including dismissal of the case, on Plaintiff." (Report and Recommendation at 2.)

The Plaintiff is hereby directed to show cause, within eleven (11) days of the entry of this order, why this matter should not be dismissed for failure to prosecute and/or to comply with the orders of the Court. See Fed. R. Civ. P. 37, 41. The Plaintiff is admonished that failure to respond to the Court's directive within the time period specified herein will result in dismissal.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  4-4-05



IT IS SO ORDERED this 1st day of April, 2005.

_____
J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:04-CV-02004 was distributed by fax, mail, or direct printing on April 4, 2005 to the parties listed.

---

Jimmie Lee Cox
3030 Parker Road
Memphis, TN 38109

Charles W. Hill
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Patrick T. Burnett
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT