## UNITED STATES DISTRICT COURT
## *WESTERN DISTRICT OF TENNESSEE*
## *WESTERN DIVISION*



FIL...
05 APR 27 PM...

ROBERT R. DI...
CLERK, U.S. DI... ...T.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| **JIMMIE LEE COX, JR.,** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | |
| **CAMBRIDGE AIR SYSTEMS, INC.,** | **CASE NO: 04-2004-B** |
| Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Of Dismissal With Prejudice entered on April 26, 2005, this cause is hereby dismissed with prejudice.

APPROVED:

_____
**J. DANIEL BREEN**
**UNITED STATES DISTRICT COURT**

4/27/05
Date

ROBERT R. DITROLIO
_____
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 4-28-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 2:04-CV-02004 was distributed by fax, mail, or direct printing on April 28, 2005 to the parties listed.

---

Jimmie Lee Cox
3030 Parker Road
Memphis, TN 38109

Charles W. Hill
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Patrick T. Burnett
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT